IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRACY COLLIER,

    Petitioner,

v.                                             CASE NO. 5:06-cv-187-RS-AK

JAMES MCDONOUGH,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 7, Motion to Strike Grounds 6, 7, and 8, filed by Tracy Collier. For good cause shown, the Court finds the motion is well taken, and it is **GRANTED**. Grounds 6, 7, and 8 of the petition for writ of habeas corpus are hereby deemed **WITHDRAWN**, and Respondent need not address those claims when filing his response.

**DONE AND ORDERED** this **19th** day of October, 2006.

                      **s/ A. KORNBLUM**
                      **ALLAN KORNBLUM**
                      **UNITED STATES MAGISTRATE JUDGE**